IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH GROOMS,** : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-4244 |
| **TYRONE WIGGINS,** *et al.* : | |
| **Defendants.** : | |

### ORDER

**AND NOW**, this 4th day of March 2014, upon Consideration of the Motions to Dismiss of Defendants Neal, Johnson, and the City of Philadelphia (Doc. Nos. 2 & 10) and Plaintiff's Responses thereto (Doc. Nos. 3 & 11), for the reasons stated in the accompanying Memorandum Opinion it is hereby **ORDERED** that the Motions are **GRANTED in part** without prejudice and **DENIED in part** as moot. The Motions are granted with respect to the claims arising under 42 U.S.C. § 1983 and denied as moot with respect to the Pennsylvania tort claims.

Plaintiff may amend her Complaint within **21 days** of the entry of this Order without further leave of Court.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**